**ELECTRONIC RECORD**

1153-14
1154-14

COA # 07-13-00387-CR    OFFENSE: 21.1

STYLE: Harold Rosales v. The State of Texas    COUNTY: Denton

COA DISPOSITION: AFFIRMED    TRIAL COURT: 211th District Court

DATE: 07/28/2014    Publish: NO    TC CASE #: F-2011-2605-C

---

**IN THE COURT OF CRIMINAL APPEALS** 1153-14

1154-14

STYLE: Harold Rosales v. The State of Texas    CCA #:

_____ PRO SE _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:

_____ REFUSED _____    JUDGE:

DATE: 12/10/2014    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____